# Rancaño &Rancaño

A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
Telephone (209) 549-2000

David C. Rancaño, SBN 121000
Tejinderpal S. Sanghera, SBN 275058
Violeta Diaz, SBN 296505
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
—◆—

| | |
|---|---|
| MARIA ABARCA, | **CASE NO.** 1:14-cv-00892-MCE-BAM |
| Plaintiff, | |
| V. | **REQUEST FOR DISMISSAL** |
| G6 HOSPITALITY, et al., | |
| Defendants. | |

////////////////////
////////////////////
////////////////////
////////////////////
////////////////////

Plaintiff MARIA ABARCA by and through her counsel of record, hereby requests that the Court dismiss defendant Karen Ingram and plaintiff's Fifth Cause of Action for Intentional Infliction of Emotional Distress, with prejudice from the above-entitled matter.

Respectfully Submitted,

Dated: May 26, 2015

                                    Respectfully Submitted,
                                    **RANCAÑO & RANCAÑO**

                                    /s/ Violeta Diaz
                                    David C. Rancaño
                                    Tejinderpal S. Sanghera
                                    Violeta Diaz
                                    Attorneys for Plaintiff Maria Abarca

**ORDER**

Plaintiff's Request for Dismissal with prejudice of Defendant Karen Ingram and Plaintiff's Fifth Cause of Action for Intentional Infliction of Emotional Distress is GRANTED.

IT IS SO ORDERED.

Dated: June 2, 2015

                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

Rancaño &Rancaño
A Professional Law Corporation
Centre Plaza Office Tower
1150 Ninth Street, Suite 1100
Modesto, California 95354
FAX (209) 526-1101
(209) 549-2000