# Rancaño &Rancaño

A Professional Law Corporation
1300 10th Street, Suite C
Modesto, California 95354
FAX (209) 526-1101
Telephone (209) 549-2000

David C. Rancaño, SBN 121000
Tejinderpal S. Sanghera, SBN 275058
Violeta Diaz, SBN 296505
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

—◆—

| | |
|---|---|
| MARIA ABARCA; | **CASE NO.** 1:14-cv-00892-MCE-BAM |
| PLAINTIFF, | **REQUEST FOR AND ORDER OF DISMISSAL** |
| V. | |
| MOTEL 6;<br>G6 HOSPITALITY;<br>KAREN INGRAM; AND<br>DOES 1 THROUGH 100 INCLUSIVE;<br><br>DEFENDANTS | |

/////////////////

/////////////////

/////////////////

/////////////////

/////////////////

-1-

Plaintiff MARIA ABARCA by and through her counsel of record, hereby requests that the Court dismiss defendants MOTEL 6 and G6 HOSPITALITY and the action in its entirety with prejudice.

Respectfully Submitted,

Dated: September 25, 2015

Respectfully Submitted,
**RANCAÑO & RANCAÑO**

 /s/ Violeta Diaz
David C. Rancaño
Tejinderpal S. Sanghera
Violeta Diaz
Attorneys for Plaintiff Maria Serpa

### ORDER

Pursuant to Plaintiff's request for dismissal of defendants MOTEL 6 and G6 HOSPITALITY, the action in its entirety is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT